### LORD V. STRONG ET UX.

One copy left in service at the house, good service for both a man and his wife on a petition.

PETITION in chancery. Plea in abatement — That said petition had been no otherwise served on the said Strong and wife, than by leaving one copy of said petition in service at their usual place of abode, whereas two copies ought to have been left in service. Demurrer to the plea.

Judgment — Plea in abatement insufficient.